**GILBERT, KELLY, CROWLEY & JENNETT LLP**
TIMOTHY W. KENNA, A PROFESSIONAL CORPORATION / Bar No. 64280
t.kenna@gilbertkelly.com
KRISTIN A. INGULSRUD / Bar No. 294532
kingulsrud@gilbertkelly.com
1013 Galleria Boulevard, Suite 205
Roseville, California  95678-1363
(916) 472-3300; FAX: (213) 615-7100

**Mailing Address:**
550 South Hope Street, 22nd Floor
Los Angeles, California  90071-2627

Attorneys for Defendant
GOVERNMENT EMPLOYEES INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE DIMUCCIO; NOAH DIMUCCIO,<br><br>           Plaintiffs,<br>     v.<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY; DOES 1 THROUGH 50, INCLUSIVE,<br><br>           Defendants. | Case No. 2:16-cv-01307-MCE-KJN<br><br>**ORDER**<br><br>Date:  July 28. 2016<br>Time:  2:00 p.m.<br>Ctrm:  7<br><br>Complaint Filed:   October 23, 2015 |

Having considered Defendant GEICO General Insurance Company's (sued erroneously as Government Employees Insurance Company)  Motion to Dismiss Plaintiffs' Second Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing ("Motion to Dismiss") filed June 17, 2016 , given Plaintiffs' Statement of Non-Opposition to said Motion, and good cause appearing,

///

///

///

///

1   Defendant's Motion to Dismiss (ECF No. 4) is GRANTED.  The Court hereby
2 dismisses, pursuant to Federal Rule of Civil Procedure 12(b)(6),  Plaintiffs' Second
3 Cause of Action, for Breach of the Implied Covenant of Good Faith and Fair
4 Dealing, with prejudice and without leave to amend.   Plaintiffs' First Cause of
5 Action, for Breach of Contract, remains ongoing.

6   IT IS SO ORDERED.

7 Dated:  July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE