# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE DIMUCCIO; NOAH DIMUCCIO,<br><br>    Plaintiffs,<br>v.<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY; DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | Case No. 2:16-cv-01307-MCE-KJN<br><br>**ORDER RE: PROTECTIVE ORDER - DISCOVERY** |

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and Protective Order, except that:

1. The parties may not modify the stipulated protective order without court approval.
2. If a party wishes to file any material subject to this order on the court's record under seal, it shall comply with Local Rule 141.

Dated: October 11, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE