# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE DIMUCCIO; NOAH DIMUCCIO,<br><br>Plaintiffs.<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY; DOES 1 THROUGH 50, INCLUSIVE.<br><br>Defendants. | FCase No.: 2:16-cv-1307-MCE-KJN<br><br>**ORDER MODIFYING THE PRE-TRIAL SCHEDULING ORDER BY EXTENDING DISCOVERY CUT-OFF DATE AND EXPERT DISCLOSURE CUT-OFF DATE**<br><br>Discovery Cut-Off Date:  June 13, 2017<br>Expert Disclosure Cut-Off Date:  August 14, 2017<br><br>Complaint filed:  October 23, 2015<br>Removal Date:  June 13, 2016 |

Plaintiffs JEANETTE DIMUCCIO and NOAH DIMUCCIO filed a Request to Modify the Pre-Trial Scheduling Order by Extending Discovery Cut-Off Date and Expert Disclosure Cut-Off Date.  Plaintiffs requested the discovery cut-off date be continued from June 13, 2017 to September 13, 2017 and the expert disclosure cut-off date be continued from August 14, 2017 to November 14, 2017.  After full consideration of the evidence, points and authorities and declarations submitted by the parties, and good cause appearing, the Court hereby approves Plaintiffs' Request to extend the discovery cut-off date and expert disclosure cut-off date as follows:

1. The discovery cut-off is continued to ninety (90) days after the date an order has been electronically filed which adjudicates Defendant's pending Motion for Summary Judgment (ECF NO. 14);

2. The date for expert disclosure shall be ninety (90) days after the deadline for completion of fact discovery has passed.

IT IS SO ORDERED.

Dated: July 20, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE